Laura LAMBERT; Esther Ackley; Steve Belling; Pat Cooke; Letitia Selk; Chuck Viltz, Plaintiffs–Appellees–Cross–Appellants,

v.

Barry ACKERLY, William Ackerly; Seattle Supersonics Inc., a former Washington corporation; Full House Sports & Entertainment Inc., a Washington corporation; SSI Sports Inc., a Washington corporation, Defendants–Appellants– Cross–Appellees.

Nos. 96–36017, 96–36266, 96–36267.

United States Court of Appeals, Ninth Circuit.

March 9, 1999.

Before: HUG, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion, *Lambert v. Ackerly,* 156 F.3d 1018 (9th Cir.1998), is withdrawn.

Brian Louis DELANGE, Plaintiff–Appellant,

v.

DUTRA CONSTRUCTION CO., INC., In Personam; Chromalloy American Corporation, In Personam; Janet C, O.N., the tug, her equipment, and appurtenances; In Rem; Doe Pontoon Barge, her equipment, and appurtenances; In Rem, Defendants–Appellees.

No. 96–17270.

United States Court of Appeals, Ninth Circuit.

March 15, 1999.

Before: BROWNING, BRUNETTI, and RYMER, Circuit Judges.

1. Judge McKeown was recused.

## ORDER

Plaintiff–Appellant's Petition for Rehearing is granted. The opinion filed September 1, 1998, 153 F.3d 1055, is withdrawn.